FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TERESA SANCHEZ,<br><br>        Defendant. | No. 4:23-CR-06019-SAB-6<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

     Before the Court is Defendant's Motion to Substitute Home Detention with Curfew, ECF No. 368, and related Motion to Expedite, ECF No. 367. Defendant is represented by Adolfo Banda, Jr. The Government is represented by Rebecca Perez. The motions were considered without oral argument.

     Defendant requests the Court modify her conditions of release from home detention to curfew to enable her to make arrangements before reporting to Bureau of Prisons custody on November 17, 2025. Neither the Government nor United States Probation have any objection to Defendant's request.

     Accordingly, **IT IS HEREBY ORDERED:**

     1.    Defendant's Motion to Expedite, ECF No. 367, is **GRANTED**.

     2.    Defendant's Motion to Substitute Home Detention with Curfew, ECF No. 368, is **GRANTED**.

**ORDER MODIFYING CONDITIONS OF RELEASE # 1**

3. The requirement that Defendant remain on home detention is **MODIFIED** in its entirety to read **as follows:**

**Curfew: Defendant shall be restricted to the approved residence every day as directed by the United States Probation.**

4. All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 31st day of October 2025.



Stan Bastian
Chief United States District Judge

**ORDER MODIFYING CONDITIONS OF RELEASE # 2**